IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Barton, Larry J | Case Number: 05 B 50564 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/8/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 27, 2008
Confirmed: December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,664.23 | |
| Secured: | | 17,559.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,052.50 |
| Trustee Fee: | | 1,052.63 |
| Other Funds: | | 0.00 |
| Totals: | 20,664.23 | 20,664.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,052.50 | 2,052.50 |
| 2. | Regions Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Shore Drive Condo Assoc | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Ford Motor Credit Corporation | Secured | 4,665.74 | 1,632.40 |
| 7. | Regions Mortgage Inc | Secured | 42,025.15 | 15,926.70 |
| 8. | American General Finance | Unsecured | 2,220.68 | 0.00 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 951.89 | 0.00 |
| 10. | Marshall Field & Company | Unsecured | 998.90 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 7,976.62 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 782.86 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 215.81 | 0.00 |
| 14. | Village of Forest Park | Unsecured | 514.21 | 0.00 |
| 15. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Home Depot | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 19. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Service Merchandise | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 24. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 25. | Shell Credit Card | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Barton, Larry J

Printed: 7/8/08

Case Number: 05 B 50564
Judge: Goldgar, A. Benjamin
Filed: 10/12/05

$ 62,404.36         $ 19,611.60

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5%     | 371.25    |
| 4.8%     | 559.88    |
| 5.4%     | 121.50    |
|          | $ 1,052.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_